05-cv-2374

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on  October 17 , 2006 and the results of that conference are indicated below:

(a)  The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

✓ All individual parties and their counsel.

✓ Designated corporate representatives.

____ Required claims professionals.

____ Other (Describe). _____

_____

_____

(b)  The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

_____

(c) The outcome of the mediation conference was:

✓ **The case has been completely settled.** Counsel will

promptly notify the court of settlement by the filing of a settlement agreement signed by the parties and the mediator within ~~ten~~ (~~10~~) days of this report.
SIXTY / 60

_____ **The case has been partially resolved.** Counsel have been instructed to file with the court, a joint stipulation regarding those claims which have been resolved within ten (10) days of this report. The following issues remain for this court to resolve:

_____

_____

_____

_____

_____ **The parties have reached an impasse.**

**Done this** ____17TH____ **day of** __October__, **2006**

_(signature)_
Signature of Mediator

Alan R. Boynton, Jr. Esquire

Phone (717) 232-8000

2